**999 ROSENTHAL vs. SECRETARY OF STATE, No. 12740½.**

To compel the filing of articles of association under Act No. 155, Laws of 1879.

Respondent refused to file until a franchise fee of $5 was paid, claiming such fee under Act No. 182, Laws of 1891.

Granted May 4, 1892, with costs.

**1000 IRON RANGE & HURON BAY R. R. CO. vs. SECRETARY OF STATE, No. 12285.**

To compel respondent to record amended articles of incorporation, his refusal being based upon the failure to pay a franchise fee, under Act No. 182, Laws of 1891.

Granted October 27, 1891.

**1001 DETROIT CHAMBER OF COMMERCE vs. SECRETARY OF STATE, No. 15552; 67 N. W., 897; 3 D. L. N., 252.**

To compel respondent to receive and file amended articles of association and accept the franchise fee under How. Stat., Sec. 4866.

Granted June 30, 1896, without costs.

**1002 OVID ELEVATOR CO. vs. BLACKER (Secretary of State), No. 12547, 90 M., 466.**

To compel respondent to file a copy of a resolution extending the term of relator's corporate existence.

Granted February 17, 1892.